

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. CR-04-5209-AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| WADAH FADEL , ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on JULY 9, 2007 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 7-9-07

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1